**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Palace Theater, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4728440** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **564 Wisconsin Dells Pkwy S**<br>**Wisconsin Dells, WI 53965** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sauk** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **https://www.dellspalace.com/**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Palace Theater, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  7111, 7224, 7225  </u>

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

Debtor  **Palace Theater, LLC**                                   Case number (*if known*) _____
_____
Name

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship _____ |
| | District | _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name     _____
         Phone            _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Palace Theater, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     08/16/2021
                MM / DD / YYYY

**X** /s/ Anthony J. Tomaska                          **Anthony J. Tomaska**
Signature of authorized representative of debtor      Printed name

Title     **managing member**

---

**18. Signature of attorney**

**X** /s/ Paul G. Swanson                             Date  08/16/2021
Signature of attorney for debtor                            MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**        Email address   **pswanson@steinhilberswanson.com**

**1007861 WI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Palace Theater, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/16/2021      X /s/ Anthony J. Tomaska
                                         Signature of individual signing on behalf of debtor

                                         **Anthony J. Tomaska**
                                         Printed name

                                         **managing member**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Palace Theater, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Band Box Cleaners and Laundry PO Box 299 Tomah, WI 54660** | | **food/beverage trade payables** | | | | $1,200.89 |
| **Bolder Services, LLC PO Box 522 Baraboo, WI 53913** | | **food/beverage trade payables** | | | | $1,545.35 |
| **EMC Insurance Co. PO Box 327 Brookfield, WI 53008-0327** | | **workers compensation insurance for Debtor and 94 North Productions, LLC** | | | | $17,197.50 |
| **Hiebing's Refrigeration, Inc. 3538 Windsor Road De Forest, WI 53532** | | **food/beverage trade payables** | | | | $2,666.05 |
| **Holiday Wholesale PO Box 177 Wisconsin Dells, WI 53965** | | **food/beverage trade payables** | | | | $320.98 |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Per 1/8/2020 Notice of Federal Tax Lien against Debtor and 94 North Productions, LLC** | **Contingent Unliquidated Disputed** | | | $202,454.00 |
| **Pepsi (WP Beverages, LLC) PO Box 7425 Madison, WI 53707** | | **food/beverage trade payables** | | | | $2,342.53 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Palace Theater, LLC**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Philadelphia Insurance Companies P.O. Box 70251 Philadelphia, PA 19176-0251** | | commercial comprehensive and liability insurance for Debtor and 94 North Productions, LLC | | | | $15,453.50 |
| **Secura Insurance, A Mutual Co. P.O.Box 776231 Chicago, IL 60677-6231** | | insurance | | | | $4,031.05 |
| **Sysco - Baraboo PO Box 90 Appleton, WI 54913-9990** | | food/beverage trade payables | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Palace Theater, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................... $     **7,100,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................ $     **1,986,225.63**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $     **9,086,225.63**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **6,202,240.93**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **247,211.85**

4.   Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b

$     **6,449,452.78**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Palace Theater, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Associated Bank, checking account ending 7444 ,** | **Operating Account** | 7444 | $20,000.00 |

| 4. | **Other cash equivalents** *(Identify all)* |
|---|---|

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $20,000.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11b. Over 90 days old: | **1,698,750.63** | - | **0.00** | =.... | $1,698,750.63 |
| | | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | $1,698,750.63 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies inventory related to food and beverage operations** | 8/14/2021 | $0.00 | Recent cost | $42,475.00 |

| 23. | **Total of Part 5.** | $42,475.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **kitchen and hospitality equipment, $225,000.00; value is estimated and subject to subsequent appraisal; (subject to lien of Bank of Wisconsin Dells/SBA loan, $225,345.79; UCC Filing #140014162923 dated 10/30/14 and UCC filing # 20190717000461-2 continuation dated 7/17/19)** | $0.00 | N/A | $225,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $225,000.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | Case number *(If known)* _____ |
| --- | --- | --- |
| | Name | |

55.1.   **564 S. Wisconsin Dells Pkwy. S, Wisconsinsin Dells, WI**

**42,930 square foot commerical building used predominately as a dinner theater and some retail space**

**Appraisal in the amount of $7,100,000.00 dated 2/19/20.**

**Subject to:
1. Sauk County Treasurer, real estate taxes, 2017-2020, $405,578.16
2. Kraemer Brothers, LLC, mortgage, recorded July 3, 2014 in Sauk County as document #1094403, judgment of foreclosure July 7, 2021, $5,543,086.98;
3. Bank of Wisconsin Dells, mortgage, recorded in Sauk County as document #1099831 on October 31, 2014, $225,345.79
4. Kraemer Brothers, LLC,  judgment docketed on 7/7/21 in Sauk County Case #2020CV000259, $28,230.00**

| | Fee simple | $0.00 | Appraisal | $7,100,000.00 |
| --- | --- | --- | --- | --- |

---

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $7,100,000.00 |
| --- |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Palace Theater, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,698,750.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $42,475.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $225,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................> | | $7,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,986,225.63 | + 91b. $7,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,086,225.63 |

**Fill in this information to identify the case:**

Debtor name    **Palace Theater, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** | **Bank of Wisconsin Dells**<br>Creditor's Name | | $225,345.79 | $7,100,000.00 |

Describe debtor's property that is subject to a lien
**guarantor on SBA loan to 94 North Productions, LLC; 2nd mortgage on 564 S. Wisconsin Dells Pkwy, Lake Delton, WI; 1st lien position on kitchen and hospitality equipment; Kramer Brothers, LLC holds second lien position without a UCC filing**

**716 Superior Street
Wisconsin Dells, WI 53965**
Creditor's mailing address

Describe the lien
**2nd mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
October 24, 2014**
**Last 4 digits of account number
5002**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sauk County Treasurer
2. Kraemer Brothers, LLC
3. Bank of Wisconsin Dells
4. Kraemer Brothers, LLC**

| **2.2** | **Kraemer Brothers, LLC**<br>Creditor's Name<br>**925 Park Ave.<br>P.O. Box 219<br>Plain, WI 53577**<br>Creditor's mailing address | | $5,543,086.98 | $7,100,000.00 |
| --- | --- | --- | --- |

Describe debtor's property that is subject to a lien
**564 S. Wisconsin Dells Pkwy, Lake Delton, WI; judgment of foreclosure July 7, 2021**

Describe the lien
**1st mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

Debtor   **Palace Theater, LLC**

_____     Case number (if known)  _____
Name

**June 27, 2014**

**Last 4 digits of account number**

**0259**

| | |
|---|---|
| ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Kraemer Brothers, LLC** | Describe debtor's property that is subject to a lien | $28,230.00 | $7,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**925 Park Ave.
P.O. Box 219
Plain, WI 53577**

Creditor's mailing address

**564 S. Wisconsin Dells Pkwy. S,
Wisconsinsin Dells, WI**

**Describe the lien**

**docketed money judgment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2014**

**Last 4 digits of account number**

**0259**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Sauk County Treasurer** | Describe debtor's property that is subject to a lien | $405,578.16 | $7,100,000.00 |
|---|---|---|---|---|

Creditor's Name

**505 Broadway Street
Baraboo, WI 53913**

Creditor's mailing address

**564 S. Wisconsin Dells Pkwy. S,
Wisconsinsin Dells, WI**

**Describe the lien**

**real estate taxes**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2017-2020**

**Last 4 digits of account number**

**0000**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Village of Lake Delton** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**MSA
1230 South Blvd.
Baraboo, WI 53913**

**additional notice for real estate taxes**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |

Name

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | $6,202,240.9
3

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Attorney Jason Johnson**<br>**Roetzel & Andress**<br>**941 West Morse Blvd.**<br>**Suite 100**<br>**Winter Park, FL 32789** | Line  2.2 | |
| **Attorney Rhyan J. Lindley**<br>**von Briesen & Roper, SC**<br>**10 E. Doty St. Suite 900**<br>**Madison, WI 53703-3390** | Line  2.2 | |
| **Atty. Jennifer L. Kraemer**<br>**von Briesen & Roper, SC**<br>**10 E. Doty St., Suite 900**<br>**Madison, WI 53703-3390** | Line  2.2 | |
| **Secretary of the Treasury**<br>**Treasury Department**<br>**1500 Pennsylvania Ave. N.W.**<br>**Washington, DC 20220-0001** | Line  2.1 | |
| **U.S. Small Business Administration**<br>**Wisconsin District Office**<br>**310 W. Wisconsin Ave #580**<br>**Milwaukee, WI 53203** | Line  2.1 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Palace Theater, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br>**Band Box Cleaners and Laundry**<br>**PO Box 299**<br>**Tomah, WI 54660**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __0000__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __food/beverage trade payables__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.89** |
| **3.2**   Nonpriority creditor's name and mailing address<br>**Bolder Services, LLC**<br>**PO Box 522**<br>**Baraboo, WI 53913**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __food/beverage trade payables__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,545.35** |
| **3.3**   Nonpriority creditor's name and mailing address<br>**EMC Insurance Co.**<br>**PO Box 327**<br>**Brookfield, WI 53008-0327**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __9883__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __workers compensation insurance for Debtor and 94 North Productions, LLC__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,197.50** |
| **3.4**   Nonpriority creditor's name and mailing address<br>**Hiebing's Refrigeration, Inc.**<br>**3538 Windsor Road**<br>**De Forest, WI 53532**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __food/beverage trade payables__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,666.05** |

| Debtor | **Palace Theater, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Holiday Wholesale**
PO Box 177
Wisconsin Dells, WI 53965

Date(s) debt was incurred __
Last 4 digits of account number **1000**

As of the petition filing date, the claim is: *Check all that apply.*  **$320.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **food/beverage trade payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
P.O. Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred **1/8/2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$202,454.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Per 1/8/2020 Notice of Federal Tax Lien against Debtor and 94 North Productions, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Jeffrey Filter, CPA**
**Wegner CPA's, LLP**
410 Viking Dr.
Reedsburg, WI 53959

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounting services Notice Only accountant for 94 North Productions, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Pepsi (WP Beverages, LLC)**
PO Box 7425
Madison, WI 53707

Date(s) debt was incurred __
Last 4 digits of account number **2325**

As of the petition filing date, the claim is: *Check all that apply.*  **$2,342.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **food/beverage trade payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Philadelphia Insurance Companies**
P.O. Box 70251
Philadelphia, PA 19176-0251

Date(s) debt was incurred **2021-2022**
Last 4 digits of account number **5667**

As of the petition filing date, the claim is: *Check all that apply.*  **$15,453.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **commercial comprehensive and liability insurance for Debtor and 94 North Productions, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Secura Insurance, A Mutual Co.**
P.O.Box 776231
Chicago, IL 60677-6231

Date(s) debt was incurred __
Last 4 digits of account number **8246**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,031.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Sysco - Baraboo**
PO Box 90
Appleton, WI 54913-9990

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **food/beverage trade payables**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | **Palace Theater, LLC** | Case number (if known) | |
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 247,211.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 247,211.85 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Palace Theater, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **June 27, 2014  lease of theater by 94 North Productions, LLC; First Amendment to Lease Dated Jun 1, 2019. Extended through June 30, 2024.** | |
| | | **Base Rent: $18,606.25 plus taxes, impositions, insurance, costs** | |
| | State the term remaining | **34 months** | |
| | List the contract number of any government contract | **none** | **94 North Productions, LLC**<br>**564 Wisconsin Dells Parkway S**<br>**Wisconsin Dells, WI 53965** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **February 23, 2008 and First Amendment to Lease dated  ??? ,2012; Bug Tussel LLC leases building space at 564 S. Wisconsin Dells Parkway, Wisconsin Dells, WI for the purposes of installing wireless communications equipment on the roof and alongside of building; monthly rent, $1,513.96** | |
| | State the term remaining | **???** | |
| | List the contract number of any government contract | | **Bug Tussel LLC**<br>**130 Walnut Street**<br>**Suite 300**<br>**Green Bay, WI 54301** |

Debtor 1   **Palace Theater, LLC**                                                    Case number *(if known)*
          _____
          First Name      Middle Name        Last Name                        _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease dated March 6, 2018 for lease of pole sign with electronic message center and black cladding;  May 1, 2018 thru April 30, 2023; assigned to Palace Theater, LLC on ???; $3,925.33 monthly; lease is potentially a financing lease** | |
|---|---|---|---|
| | State the term remaining | **20 months** | **Lundgren Partners, LLC** <br> **3773 Howard Hughes Pkwy.** <br> **Suite 5005** <br> **Las Vegas, NV 89169-6014** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name **Palace Theater, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **94 North Productions, LLC** | **1419 N. Wells St. 2nd Floor Rear Chicago, IL 60610 commercial guaranty** | **Kraemer Brothers, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Anthony J. Tomaska** | **564 S. Wisconsin Dells Pkwy S Wisconsin Dells, WI 53965** | **Bank of Wisconsin Dells** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Palace Theater, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br><br>■ Other  **combined gross income with 94 North Productions LLC** | $422,514.00 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br><br>■ Other  **combined gross income with 94 North Productions LLC** | $294,210.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br><br>■ Other  **combined gross income with 94 North Productions LLC** | $2,518,616.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Palace Theater, LLC**                                                                    Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Kraemer Brothers, LLC**<br>**925 Park Ave.**<br>**Plain, WI 53577** | **Foreclosure Sale pending scheduled for**<br>**8-17-2021**<br>**See schedules for details.** | | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kraemer Brothers, LLC vs.**<br>**Palace Theater, LLC et al**<br>**2020CV000259** | **foreclosure** | **Sauk County Circuit Court**<br>**515 Oak St.**<br>**Baraboo, WI 53913** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Official Form 207                         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                         page 2

Debtor    **Palace Theater, LLC** _____    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steinhilber Swanson LLP<br>107 Church Avenue<br>Oshkosh, WI 54901** | **Of the fees received, $50,018.00 was applied to pre-petition work performed. The balance of $74,982.00 is held in Trust as discolosed herein and will be drawn only upon application and Order approving fees.** | **8/2/2021, $25,000.00<br>8/16/202 $100,000.00** | **$125,000.00** |
| | **Email or website address<br>pswanson@steinhilberswanson.com** | | | |
| | **Who made the payment, if not debtor?<br>$25,000 from 94 North Productions LLC (credited as lease payment to Debtor for accounting purposes** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **Palace Theater, LLC**                                          Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Palace Theater, LLC** | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **94 North, LLC** | **Upon debtors premises** | **94 North, LLC is a sister company that provides production of the acts held in the Palace theater, and it owns the production assets including lighting, sound systems and other production assets.  The ownership of this entity is identical to the debtor.  Kraemer Brothers holds a judgement against this company as it was a co-debtor of the debt to it.** | **Unknown** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **Palace Theater, LLC** | Case number *(if known)* | |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Jeffrey Filter, CPA** <br> **Wegner CPAS, LLP** <br> **410 Viking Drive** <br> **Reedsburg, WI 53959** | **2018 tax returns and ongoing accounting services** |
| 26a.2. | **Debtor has it's books and records** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jeffrey Filter, CPA** <br> **Wegner CPAS, LLP** <br> **410 Viking Dr.** <br> **Reedsburg, WI 53959** | |
| 26c.2. | **Debtor has books and records** | **Books and records for prior and subsequent years in ther hands of the debtor or its principals and managers.  Record have been furnished top Martin Cowie who is the financial advisor sought to be retained in this process.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |

Debtor    **Palace Theater, LLC**                                        Case number *(if known)*

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Rachel Scott | 8/14/2021 | food & beverage - wholesale value $42,465<br>FF&E- Estimated value $225,000 ;subject to appraisal post-petition |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Anthony Tomaska** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony J. Tomaska | 564 S. Wisconsin Dells Pkwy S<br>Wisconsin Dells, WI 53965 | managing member | 69% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lundgren Partners, LLC | | Member | 31% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

Debtor    **Palace Theater, LLC** _____    Case number _(if known)_ _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2021** _____

**/s/ Anthony J. Tomaska** _____        **Anthony J. Tomaska** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **managing member** _____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Palace Theater, LLC** _____   Case No. _____
                                               Debtor(s)                Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

     Prior to the filing of this statement I have received ........................................   $ _____ **0.00**

                                                                                                         _____

☑   **RETAINER**
     For legal services, I have agreed to accept and received a retainer of ............   $ _____ 74,982.00

     The undersigned shall bill against the retainer at an hourly rate of ............   $ _____
     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
     fees and expenses exceeding the amount of the retainer.
     Subject to approval of Application for Employment.

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐        Other (specify):             .   The source of compensation to be paid to me is:
     ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts, Plan of
         Reorganization and all work needed as General Reorganization Counsel to Debtor**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

+---------------------------------------------------------------------------------------------------------+
|                                          **CERTIFICATION**                                               |
|                                                                                                         |
|        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in |
| this bankruptcy proceeding.                                                                             |
|                                                                                                         |
|   August 16, 2021                              /s/ Paul G. Swanson                                      |
|   _____                      _____                 |
|   _Date_                                       **Paul G. Swanson 1007861**                              |
|                                                _Signature of Attorney_                                  |
|                                                **STEINHILBER SWANSON LLP**                               |
|                                                **107 Church Avenue**                                    |
|                                                **Oshkosh, WI 54901**                                    |
|                                                **920-235-6690  Fax: 920-426-5530**                      |
|                                                **pswanson@steinhilberswanson.com**                      |
|                                                _Name of law firm_                                       |
+---------------------------------------------------------------------------------------------------------+

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Palace Theater, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony J. Tomaska**<br>**564 S. Wisconsin Dells Pkwy S**<br>**Wisconsin Dells, WI 53965** | | | |
| **Lundgren Partners, LLC**<br>**3773 Howard Hughes Pkwy**<br>**Suite 5005**<br>**Las Vegas, NV 89169-6014** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **managing member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 16, 2021**

Signature   **/s/ Anthony J. Tomaska**

**Anthony J. Tomaska**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Palace Theater, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 16, 2021**

**/s/ Anthony J. Tomaska**

**Anthony J. Tomaska**/managing member
Signer/Title

94 North Productions, LLC
564 Wisconsin Dells Parkway S
Wisconsin Dells, WI 53965

94 North Productions, LLC
1419 N. Wells St. 2nd Floor Rear
Chicago, IL 60610

Anthony J. Tomaska
564 S. Wisconsin Dells Pkwy S
Wisconsin Dells, WI 53965

Attorney Jason Johnson
Roetzel & Andress
941 West Morse Blvd.
Suite 100
Winter Park, FL 32789

Attorney Rhyan J. Lindley
von Briesen & Roper, SC
10 E. Doty St. Suite 900
Madison, WI 53703-3390

Atty. Jennifer L. Kraemer
von Briesen & Roper, SC
10 E. Doty St., Suite 900
Madison, WI 53703-3390

Band Box Cleaners and Laundry
PO Box 299
Tomah, WI 54660

Bank of Wisconsin Dells
716 Superior Street
Wisconsin Dells, WI 53965

Bolder Services, LLC
PO Box 522
Baraboo, WI 53913

Bug Tussel LLC
130 Walnut Street
Suite 300
Green Bay, WI 54301

EMC Insurance Co.
PO Box 327
Brookfield, WI 53008-0327

Hiebing's Refrigeration, Inc.
3538 Windsor Road
De Forest, WI 53532

Holiday Wholesale
PO Box 177
Wisconsin Dells, WI 53965

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeffrey Filter, CPA
Wegner CPA's, LLP
410 Viking Dr.
Reedsburg, WI 53959

Kraemer Brothers, LLC
925 Park Ave.
P.O. Box 219
Plain, WI 53577

Lundgren Partners, LLC
3773 Howard Hughes Pkwy.
Suite 5005
Las Vegas, NV 89169-6014

Lundgren Partners, LLC
3773 Howard Hughes Pkwy
Suite 5005
Las Vegas, NV 89169-6014

Pepsi (WP Beverages, LLC)
PO Box 7425
Madison, WI 53707

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Sauk County Treasurer
505 Broadway Street
Baraboo, WI 53913

Secretary of the Treasury
Treasury Department
1500 Pennsylvania Ave. N.W.
Washington, DC 20220-0001

Secura Insurance, A Mutual Co.
P.O.Box 776231
Chicago, IL 60677-6231

Sysco - Baraboo
PO Box 90
Appleton, WI 54913-9990

```
U.S. Small Business Administration
Wisconsin District Office
310 W. Wisconsin Ave #580
Milwaukee, WI 53203

Village of Lake Delton
MSA
1230 South Blvd.
Baraboo, WI 53913
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re   **Palace Theater, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Palace Theater, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 16, 2021**

Date

**/s/ Paul G. Swanson**

**Paul G. Swanson 1007861**

Signature of Attorney or Litigant

Counsel for   **Palace Theater, LLC**

**STEINHILBER SWANSON LLP**

**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**
**pswanson@steinhilberswanson.com**