**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

In re:

    Palace Theater, LLC                                         Case No. 21-11714
                                                                            Chapter 11

                                Debtor.

**ORDER GRANTING APPLICATION FOR EMPLOYMENT OF**
**COUNSEL TO THE DEBTOR**

The court having considered the foregoing application of the Debtor to employ the law firm of Steinhilber Swanson LLP to act as counsel to the Debtor, and the declaration of Paul G. Swanson in support thereof, and it appearing that the law firm of Steinhilber Swanson LLP, including the members and staff thereof, is a disinterested person and that the employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED:

1. That Palace Theater, LLC, the Debtor herein, is authorized to employ the law firm of Steinhilber Swanson LLP to act as attorneys for the Debtor and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application(s) therefor.

2. The effective date of the representation authorized hereby shall be August 16, 2021.

Drafted by:
Paul G. Swanson
Steinhilber Swanson LLP
107 Church Avenue
Oshkosh, WI 54901
Tel: 920-235-6690 / Fax: 920-426-5530
pswanson@steinhilberswanson.com

3. Attorneys for the Debtor shall receive no compensation from the Debtor until an application is filed requesting the same under Bankruptcy Rule 2016(a), with notice to creditors as required by Bankruptcy Rule 2002, and the court approves the application.

4. Any such application for compensation shall be based upon the normal hourly billing rates of Steinhilber Swanson LLP in effect on the date of the services to be rendered.

5. If the net income of the Debtor is insufficient to pay administrative costs, including fees to professional persons appointed by court order, interim payments on said fees may not be allowed if it cannot be shown that there is reasonable likelihood that the business will in the future generate sufficient income to pay all administrative expenses in full on the confirmation of a plan.

6. Until final approval of fees and expenses, any payment to Steinhilber Swanson LLP remains subject to recoupment and disgorgement.

7. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

#####