**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: September 17, 2021**



_____
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

    Palace Theater, LLC                          Case No. 21-11714
                                                           Chapter 11

                       Debtor.

### ORDER GRANTING APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY HARNEY PARTNERS AS FINANCIAL ADVISOR FOR THE ESTATE

The court having considered the foregoing Application by Debtor for Authority to Employ Harney Partners as Financial Advisor for the Estate (the "Application"), and the Declaration of James G. Keane in support thereof, and it appearing that HP is disinterested and that the employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED:

1. That Palace Theater, LLC, the Debtor herein, is authorized to employ Harney Partners to act as financial advisor for the estate, effective as of the date of the Application, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

2. These services will be billed hourly at rates as set forth in the Application for Employment. Fees shall be authorized only upon application by Harney Partners.

Drafted by:
Paul G. Swanson
Steinhilber Swanson LLP
107 Church Avenue
Oshkosh, WI 54901
Tel: 920-235-6690 / Fax: 920-426-5530
Pswanson@steinhilberswanson.com

3. The Court has been advised that the professional person who will be retained has agreed that the interim and final fees will be subject to review using the standards stated in 11 U.S.C. § 330.

4. Until final approval of fees and expenses, any payment to Harney Partners remains subject to recoupment and disgorgement.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###