**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

In re:   PALACE THEATER LLC,                              Case No. 21−11714

          Debtor.                                                         Chapter 11

---

**NOTICE OF OBJECTION OF KRAEMER BROTHERS, LLC TO DEBTOR PROCEEDING UNDER SUBCHAPTER V AND MOTION OF KRAEMER BROTHERS, LLC FOR CONVERSION OF CASE**

---

Kraemer Brothers, LLC ("Kraemer") has filed the attached *Objection of Kraemer Brothers, LLC to Debtor Proceeding Under Subchapter V and Motion of Kraemer Brothers, LLC for Dismissal or Conversion of Case.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested, or if you want the court to consider your views on the objection and motion, then **within 21 days of the date of this notice,** you or your attorney must:

File with the court a written objection and request for hearing at:

> Clerk of US Bankruptcy Court
> 120 N. Henry Street, Rm 340
> Madison, WI 53703

If you mail your response to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> Christopher T. Koehnke
> von Briesen & Roper, s.c.
> 411 E. Wisconsin Avenue, Suite 1000
> Milwaukee, WI 53202

> -AND-

> Office of the U.S. Trustee
> 780 Regent Street, Suite 304
> Madison, WI 53715

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

1

Dated this 14th day of October, 2021.

By: */s/ Christopher T. Koehnke*___

CHRISTOPHER T. KOEHNKE, SBN 1076031
RHYAN J. LINDLEY, SBN 1038827
VON BRIESEN & ROPER, S.C.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Phone: (414) 287-1534
Fax: (414) 238-6665
ckoehnke@vonbriesen.com
rlindley@vonbriesen.com

Attorneys for Kraemer Brothers, LLC

37032139_1.DOCX