**EXHIBIT A**

## PURCHASE AND SALE AGREEMENT

94 NORTH PRODUCTIONS, LLC, an Illinois limited liability company ("Seller"), agrees to sell and PALACE THEATER, LLC, an Illinois limited liability company ("<u>Buyer</u>"), agrees to buy all furniture, fixtures and equipment of the Seller related to food and beverage operations. In consideration of the promises and of the mutual benefits to each party, it is further agreed as follows:

1. <u>Purchased Assets</u>. The goods subject of this sale and which the seller shall deliver to the buyer and for which the buyer shall pay shall conform to the following specifications:

> All furniture, fixtures, equipment, and inventory of the Seller related to food and beverage operations, subject to all liens and encumbrances, to the extent of the value of the Purchased Assets.

2. <u>Price and time of payment</u>. The total purchase price shall be $267,475, consisting of $225,000 as the price for the furniture, fixtures, and equipment and $42,475 for the inventory (together, the "Price"), and shall be paid at the time of delivery.

3. <u>Delivery</u>. Delivery shall be on or before August 16, 2021.

4. <u>Purchase Price Adjustment.</u> The parties agree to recalculate the Price pursuant to this Section 2, based on the appraised value of the Purchased Assets, consisting of the furniture, fixtures and equipment pursuant to the appraisal conducted after delivery. To the extent the new calculations differ from the estimates upon which the price paid pursuant to this Section 2 was based, the parties shall reallocate the price in the amount of such difference.

5. <u>Operation Expenses</u>. Beginning on the date hereof, Buyer will pay all payroll and employee-related expenses related to the hospitality operations.

6. <u>Warranty.</u> The Seller makes no representation or warranty to the Buyer concerning the condition or merchantability of the Purchased Assets to be sold to the Buyer herein. The Buyer has satisfied itself that the Purchased Assets include all the assets it believes are necessary to carry on the business operations the Buyer intends to carry it out. The Buyer is purchasing all the Purchased Assets in their current condition, "as is, where is", and without any representation or warranty from the Seller that such Assets are usable in the ordinary course of business, are good and merchantable, or free from material defects.

Dated August 16, 2021.

| | |
|---|---|
| 94 NORTH PRODUCTIONS, LLC, an Illinois limited liability company | PALACE THEATER LLC, an Illinois limited liability company |
| By: _____ <br> Anthony J. Tomaska, Manager | By: _____ <br> Anthony J. Tomaska, Manager |

## BILL OF SALE

94 NORTH PRODUCTIONS, LLC, an Illinois limited liability company ("Seller"), in consideration of $267,475.00 paid and delivered by PALACE THEATER, LLC, an Illinois limited liability company ("Buyer"), the receipt of which is hereby acknowledged, does hereby sell, assign, convey, transfer and deliver to Buyer the following goods:

> The property partially described on Exhibit A attached hereto, and any other furniture, fixtures, equipment, and inventory of the Seller related to its food and beverage operations (the "Transferred Goods").

The Transferred Goods are transferred subject to all liens and encumbrances, to the extent of the value of the Transferred Goods.

To have and to hold the same unto the buyer and the heirs, executors, administrators, successors, and assigns of the buyer forever.

Dated August 16, 2021.

94 NORTH PRODUCTIONS, LLC, an Illinois limited liability company

By: _____
Anthony J. Tomaska, Manager

## EXHIBIT A
## TO BILL OF SALE

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 1 | 3 ea | **HEATED BANQUET CART** | $5,983.97 | $17,951.91 |
|  |  | Alto-Shaam Model No. 1000-BQ2/192 Packed: ea Halo Heat® Banquet Cart, 192 plate capacity, ON/OFF power switch, up and down arrow keys, heat indicator light, temperature display key, digital display, electronic control, solid doors, stainless steel construction, (6) 6" heavy duty casters; 2 rigid, 4 swivel with brakes, EcoSmart®, cULus, CE, UL ANSI/NSF 4, IP X4 | | |
|  | 3 ea | 120v/60/1-ph, 24.0 amp, 2.9kW, 6' cord, (switch in low position) NEMA 5-20P, (switch in high position) NEMA 5-30P | | |
| 2 | 3 ea | **TRUCK** | $1,394.46 | $4,183.38 |
|  |  | Lakeside Manufacturing Model No. 463 Packed: ea Open Tray Truck, (6) shelf, shelf size 50"W x 21"D, (3) edges up, (1) down, 7-1/8" clearance, stainless steel with push handle, perimeter bumper, 500 lb. capacity | | |
|  | 3 ea | Casters, 5" all cushion tread, std | | |
|  | 3 ea | Wall-Saver perimeter bumper, std. | | |
| 3 | 2 ea | **REACH-IN REFRIGERATOR** | $2,414.95 | $4,829.90 |
|  |  | Nor-Lake Model No. NLR49-S Packed: ea AdvantEDGE™ Reach-In Refrigerator, Two-Section, bottom mount compressor, auto defrost, magnetic gaskets, (8) vinyl coated shelves, interior light, stainless steel interior and exterior, hinged full door, electronic controls, key locks, 4" casters, 3/8 hp, 115v/60/1, 7.5 amps, cord, NEMA 5-15P, UL, C-UL, ETL Sanitation, ENERGY STAR® | | |
|  | 2 ea | Standard warranty: 3 year parts and labor warranty, 5 year compressor | | |
|  | 2 ea | Replacement Parts warranty: 90 day warranty on replacement parts | | |
|  | 2 ea | Additional shelves | $52.47 | $104.94 |

4

| Item | Qty | Description | Sell | |
|---|---|---|---|---|
| | 10 ea | 146515 Pan Slide Rack, (8) pan capacity, epoxy coated, maximum of 3 per door, shipped loose (field installed) | $58.78 | $587.80 |
| | | | ITEM TOTAL: | $5,522.64 |
| 4 | 2 ea | **REFRIGERATED MERCHANDISER** | $2,195.33 | $4,390.66 |
| | | Nor-Lake Model No. NLGR48S-B Packed: ea<br>Refrigerated Merchandiser, 2-door, 48.0 cubic feet, 53-1/4" W, bottom mount compressor, (4) vinyl coated shelves per door, black exterior & white interior, glass sliding doors, 3/5 hp, 115v/60/1, cord and plug, UL, C-UL, ETL Sanitation | | |
| | 2 ea | Standard warranty: 3 year parts and labor warranty, 5 year compressor | | |
| | 2 ea | Replacement Parts warranty: 90 day warranty on replacement parts | | |
| 5 | 1 ea | **FRYER** | $1,015.00 | $1,015.00 |
| | | Pitco Frialator Model No. 45C+S Packed: ea<br>Economy Fryer, gas, medium-duty restaurant design, 42-50 lb. fat cap., millivolt control, stainless steel tank, door & front, 122,000 BTU | | |
| | 1 ea | Natural gas | | |
| | 1 ea | P6072145 Basket, (2) oblong/twin size, 13-1/2" x 6-1/2" x 5-1/2" deep, long handle, regular mesh (shipped std (n/c) with models "T" SG14, SG14R, SSH55, E14, E14X, E14B, SG14T, 35+, 45+, fryer batteries shipped with (1) per fryer | | |
| 6 | 2 ea | **WORK TABLE** | $976.57 | $1,953.14 |
| | | John Boos Model No. ST6R5-30120SSK-X Packed: ea<br>Work Table, 120"W x 30"D, 16/300 stainless steel top with 5" backsplash, Stallion safety edge front, 90° turndown on sides, 18 gauge stainless steel adjustable undershelf, stainless steel legs & bullet feet, NSF, KD (FLYER) | | |
| | 2 ea | Standard flyer accessories only, NO modifications to flyer items allowed or their accessories | | |
| | 2 ea | DR2015-S30-X Drawer, for 30"D work tables, 15"W x 20"D x 5"deep, stainless steel front & drawer pan, roller bearing slides, NSF, for stainless steel table tops only (FLYER) | $117.18 | $234.36 |
| | 2 ea | 0205B On the right | | |
| | | | ITEM TOTAL: | $2,187.50 |
| 7 | 1 ea | **WORK TABLE** | $1,285.00 | $1,285.00 |
| | | John Boos Model No. ST6R5-30144SSK Packed: ea<br>Work Table, 144"W x 30"D, 16/300 stainless steel top with 5" backsplash, Stallion safety edge front, 90 deg turndown on sides, 18 gauge stainless steel adjustable undershelf, stainless steel legs & bullet feet, NSF, KD. | | |
| | 1 ea | DR2015-S30 Drawer, for 30"D work tables, 15"W x 20"D x 5"deep, stainless steel front & drawer pan, roller bearing slides, NSF, for stainless steel table tops only | $154.80 | $154.80 |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | ITEM TOTAL: | | $1,439.80 |
| 8 | 2 ea | **WORK TABLE** | $769.97 | $1,539.94 |
| | | John Boos Model No. ST6-3696SSK-X Packed: ea<br>Work Table, 96"W x 36"D, 16/300 stainless steel flat top with Stallion safety edge front & back, 90° turndown on sides, 16 gauge stainless steel adjustable undershelf, stainless steel legs & bullet feet, NSF, KD (FLYER) | | |
| | 2 ea | Standard flyer accessories only, NO modifications to flyer items allowed or their accessories | | |
| | 2 ea | DR2015-S36-X Drawer, for 36"D work tables, 15"W x 20"D x 5"deep, stainless steel front & drawer pan, roller bearing slides, NSF, for stainless steel table tops only (FLYER) | $117.18 | $234.36 |
| | 2 ea | 0205B On the right | | |
| | | ITEM TOTAL: | | $1,774.30 |
| 9 | 15 ea | **RACK DOLLY** | $84.15 | $1,262.25 |
| | | Cambro Model No. CDR2020151 Packed: ea<br>Camdolly® for Camracks, 21-3/8"L x 21-3/8"W x 8"H (exterior dimensions), without handle, platform design, (4) swivel 3" casters, no brakes, lightweight, durable, soft gray polypropylene | | |
| 10 | 20 ea | **GLASSES DISHWASHER RACK** | $29.14 | $582.80 |
| | | Cambro Model No. 36S434168 Packed: 4 ea<br>Camrack® Glass Rack, with 2 extenders, full size, low profile, 36 compartments, 2-7/8" max. dia., 5-1/4" max. height, blue, NSF | | |
| 11 | 28 ea | **GLASSES DISHWASHER RACK** | $41.97 | $1,175.16 |
| | | Cambro Model No. 30S800163 Packed: 2 ea<br>Camrack® Glass Rack, with 4 extenders, full size, 30 compartments, 3-1/8" max. dia., 8-1/2" max height, red, NSF | | |
| 12 | 2 ea | **DISH CART** | $477.23 | $954.46 |
| | | Cambro Model No. DC700110 Packed: ea<br>Dish Caddies Cart, poker chip design, non-adjustable, maximum dish size 7", 6 columns, polyethylene construction, 32-5/8"W x 23-1/2"L x 31-3/4"H, molded handles, (2) 5" swivel casters with brakes and (2) 10" easy wheels, includes vinyl dust cover, black, NSF | | |
| 13 | 6 ea | **DISH CART** | $477.23 | $2,863.38 |
| | | Cambro Model No. DC825110 Packed: ea<br>Dish Caddies Cart, poker chip design, non-adjustable, maximum dish size 8-1/4", 4 columns, polyethylene construction, 28-3/4"W x 23-3/4"L x 32"H, molded handles, (2) 5" swivel casters with brakes and (2) 10" easy wheels, includes vinyl dust cover, black, NSF | | |
| 14 | 3 ea | **DISH CART** | $498.98 | $1,496.94 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
|  |  | Cambro Model No. DCS1125110 Packed: ea<br>Versa Dish Caddy, holds up to 11-1/4" round plates or up to 9-1/2" square plates, holds 4 columns, non-adjustable, polyethylene, black (replaced model DC1125-110), NSF |  |  |
| 15 | 3 ea | **HIGH CHAIR**<br>Tablecraft Products Model No. 66A Packed: ea<br>High Chair, 20" x 19" x 26-3/4", hardwood, walnut, assembled (UPS oversized) | $46.82 | $140.46 |
| 16 | 60 dz | **BEVERAGE GLASS**<br>Libbey Glass Model No. 2359 Packed: 3 dz<br>Beverage Glass, 11-1/4 oz., Safedge® Rim guarantee, LEXINGTON, (H 5"; T 2-3/4"; B 2-3/4"; D 2-3/4") | $19.25 | $1,155.00 |
| 17 | 70 dz | **WINE GLASS**<br>Libbey Glass Model No. 3832 Packed: 1 dz<br>Wine Glass, 10 oz., Finedge® rim, Safedge® Rim and foot guarantee, Sonoma, (H 7-3/8"; T 2-1/4"; B 2-3/4"; D 3") | $33.32 | $2,332.40 |
| 18 | 48 ea | **SERVING TRAY**<br>Cambro Model No. 2700CT110 Packed: 6 ea<br>Camtread® Serving Tray, oval, 22" x 26-7/8", fiberglass with non-skid surface, black satin, NSF | $25.87 | $1,241.76 |
|  | 48 ea | 5 year warranty |  |  |
|  | 48 ea | Special Order item not carried in stock; NONReturnable, (1) full case minimum |  |  |
| 19 | 60 ea | **PLASTIC PITCHER**<br>Cambro Model No. PE600CW135 Packed: 6 ea<br>Camwear® Pitcher, 60 oz., 7-7/8"H x 7-3/8"D, ice-control countered lip, pouring spout, slotted base, dishwasher safe, polycarbonate, NSF | $4.17 | $250.20 |
| 20 | 60 dz | **CHINA SAUCER**<br>Oneida Model No. F1400000500 Packed: 3 dz<br>Saucer, 5-7/8" dia., round, TUNDRA, Oneida collection (Open-stock, minimum=case quantity) | $30.15 | $1,809.00 |
| 21 | 120 dz | **CHINA PLATE** | $52.52 | $6,302.40 |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
|  |  | Oneida Model No. F1400000131 Packed: 3 dz<br>Plate, 8" dia., round, wide rim, TUNDRA™, Oneida Collection (Open-stock, minimum=case quantity) |  |  |
| 22 | 59 dz | **CHINA PLATE**<br>Oneida Model No. F1400000152 Packed: 1 dz<br>Plate, 10-1/2" dia., round, wide rim, TUNDRA™, Oneida collection (Open-stock, minimum=case quantity) | $106.82 | $6,302.38 |
| 23 | 60 dz | **CHINA BOUILLON CUP**<br>Oneida Model No. F1400000705 Packed: 3 dz<br>Bouillon, 9-1/2 oz., 4" dia., round, TUNDRA™, Oneida Collection (Open-stock, minimum=case quantity) | $47.28 | $2,836.80 |
| 24 | 60 dz | **CHINA CUP**<br>Oneida Model No. F1400000563 Packed: 3 dz<br>Mug, 12 oz., 4-5/8" stackable, TUNDRA, Oneida collection (Open-stock, minimum=case quantity) | $47.68 | $2,860.80 |
| 25 | 120 dz | **DINNER FORK**<br>Oneida Model No. T015FDEF Packed: 1 dz<br>Dinner Fork, 7-1/4", 18/10 stainless steel, NEW RIM (Open-stock item, minimum = case quantity) | $24.41 | $2,929.20 |
| 26 | 60 dz | **DINNER KNIFE**<br>Oneida Model No. T015KDVF Packed: 1 dz<br>Table Knife, 9", 1-piece, 18/10 stainless steel, NEW RIM (Open-stock item, minimum = case quantity) | $36.43 | $2,185.80 |
| 27 | 120 dz | **TEASPOON**<br>Oneida Model No. T015STSF Packed: 1 dz<br>Teaspoon, 6-3/8", 18/10 stainless steel, NEW RIM (Open-stock item, minimum = case quantity) | $13.64 | $1,636.80 |
| 28 | 60 dz | **BOUILLON SPOON**<br>Oneida Model No. T015SRBF Packed: 1 dz<br>Soup Spoon, 6-7/8", round bowl, 18/10 stainless steel, NEW RIM (Open-stock item, minimum = case quantity) | $24.41 | $1,464.60 |

| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| 29 | 36 ea | **POST** | $8.80 | $316.80 |
| | | Olympic Model No. J86UC Packed: 4 ea<br>Post 86", mobile, works with stem caster, grooved at 1" intervals, chrome finish, NSF | | |
| | 36 ea | 1 year warranty on chrome products | | |
| | 20 ea | J1860C Shelf, wire, 18" x 60", chromate finish, NSF | $23.44 | $468.80 |
| | 5 ea | J2472C Shelf, wire, 24" x 72", chromate finish, NSF | $34.72 | $173.60 |
| | 15 ea | J2460C Shelf, wire, 24" x 60", chromate finish, NSF | $29.51 | $442.65 |
| | 5 ea | J2448C Shelf, wire, 24" x 48", chromate finish, NSF | $24.92 | $124.60 |
| | 18 ea | J5 Stem/Swivel Caster, 5" dia., 1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $9.18 | $165.24 |
| | 18 ea | J5B Stem/Swivel-Brake Caster, 5" dia.,1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $11.41 | $205.38 |
| | | **ITEM TOTAL:** | | **$1,897.07** |
| 30 | 36 ea | **POST** | $8.80 | $316.80 |
| | | Olympic Model No. J86UK Packed: 4 ea<br>Post 86", mobile, works with stem caster, grooved at 1" intervals, green epoxy finish with chromate substrate, NSF | | |
| | 36 ea | 7 year warranty on epoxy products | | |
| | 30 ea | J2460K Shelf, wire, 24" x 60", green epoxy finish with chromate substrate, NSF | $29.51 | $885.30 |
| | 5 ea | J2448K Shelf, wire, 24" x 48", green epoxy finish with chromate substrate, NSF | $24.92 | $124.60 |
| | 5 ea | J2442K Shelf, wire, 24" x 42", green epoxy finish with chromate substrate, NSF | $24.43 | $122.15 |
| | 5 ea | J2436K Shelf, wire, 24" x 36", green epoxy finish with chromate substrate, NSF | $20.46 | $102.30 |
| | 18 ea | J5 Stem/Swivel Caster, 5" dia., 1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $9.18 | $165.24 |
| | 18 ea | J5B Stem/Swivel-Brake Caster, 5" dia.,1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $11.41 | $205.38 |
| | | **ITEM TOTAL:** | | **$1,921.77** |
| 31 | 16 ea | **POST** | $8.80 | $140.80 |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Olympic Model No. J86UK Packed: 4 ea<br>Post 86", mobile, works with stem caster, grooved at 1" intervals, green epoxy finish with chromate substrate, NSF | | |
| | 16 ea | 7 year warranty on epoxy products | | |
| | 8 ea | J74UK Post 74", mobile, works with stem caster, grooved at 1" intervals, green epoxy finish with chromate substrate, NSF | $7.69 | $61.52 |
| | 5 ea | J2454K Shelf, wire, 24" x 54", green epoxy finish with chromate substrate, NSF | $29.02 | $145.10 |
| | 20 ea | J2460K Shelf, wire, 24" x 60", green epoxy finish with chromate substrate, NSF | $29.51 | $590.20 |
| | 5 ea | J2442K Shelf, wire, 24" x 42", green epoxy finish with chromate substrate, NSF | $24.43 | $122.15 |
| | 12 ea | J5 Stem/Swivel Caster, 5" dia., 1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $9.18 | $110.16 |
| | 12 ea | J5B Stem/Swivel-Brake Caster, 5" dia.,1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $11.41 | $136.92 |
| | | **ITEM TOTAL:** | | **$1,306.85** |
| 32 | 24 ea | **POST**<br>Olympic Model No. J86UK Packed: 4 ea<br>Post 86", mobile, works with stem caster, grooved at 1" intervals, green epoxy finish with chromate substrate, NSF | $8.80 | $211.20 |
| | 24 ea | 7 year warranty on epoxy products | | |
| | 20 ea | J1860K Shelf, wire, 18" x 60", green epoxy finish with chromate substrate, NSF | $23.44 | $468.80 |
| | 10 ea | J1854K Shelf, wire, 18" x 54", green epoxy finish with chromate substrate, NSF | $23.19 | $231.90 |
| | 12 ea | J5 Stem/Swivel Caster, 5" dia., 1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $9.18 | $110.16 |
| | 12 ea | J5B Stem/Swivel-Brake Caster, 5" dia.,1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $11.41 | $136.92 |
| | | **ITEM TOTAL:** | | **$1,158.98** |
| 33 | 24 ea | **POST** | $8.80 | $211.20 |



| Item | Qty | Description | Sell | Sell Total |
|---|---|---|---|---|
| | | Olympic Model No. J86UK Packed: 4 ea<br>Post 86", mobile, works with stem caster, grooved at 1" intervals, green epoxy finish with chromate substrate, NSF | | |
| | 24 ea | 7 year warranty on epoxy products | | |
| | 10 ea | J1460K Shelf, wire, 14" x 60", green epoxy finish with chromate substrate, NSF | $19.84 | $198.40 |
| | 5 ea | J1448K Shelf, wire, 14" x 48", green epoxy finish with chromate substrate, NSF | $17.73 | $88.65 |
| | 10 ea | J2460K Shelf, wire, 24" x 60", green epoxy finish with chromate substrate, NSF | $29.51 | $295.10 |
| | 5 ea | J2454K Shelf, wire, 24" x 54", green epoxy finish with chromate substrate, NSF | $29.02 | $145.10 |
| | 12 ea | J5 Stem/Swivel Caster, 5" dia., 1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $9.18 | $110.16 |
| | 12 ea | J5B Stem/Swivel-Brake Caster, 5" dia.,1-1/4" face, resilient rubber tread, 200 lb. load capacity (priced per each), NSF | $11.41 | $136.92 |
| | | NOTE: Item #33 (posts, shelving, and casters) are for the (right) Walk-In Cooler. | | |
| | | NOTE: Freight charges for all of the above Shelving, Posts, & Casters (Item #29 thru Item #33) will be $365.00. | | |
| | | ITEM TOTAL: | | $1,185.53 |
| 34 | 3 ea | **DUNNAGE RACK**<br>Cambro Model No. DRS360480 Packed: ea<br>S-Series Dunnage Rack, slotted top, 1500 lb. load capacity, 21"W x 36"L x 12"H, polyethylene, one-piece, seamless double wall construction, 4" square legs, speckled gray, NSF | $118.80 | $356.40 |
| 35 | 15 dz | **CONDIMENT CADDY**<br>Admiral Craft Model No. 26C Packed: 6 dz<br>Condiment Caddy, center menu/number clip, holds sugar packets and salt & pepper shakers, chrome plated wire | $16.85 | $252.75 |
| 36 | 45 ea | **GLASSES DISHWASHER RACK**<br>Cambro Model No. 16C258151 Packed: 6 ea<br>Camrack® Cup Rack, full size, 19-3/4" x 19-3/4" x 4", 16 compartment, 4-3/8" x 4-3/8", 2-5/8" max height, soft gray, NSF | $15.44 | $694.80 |