# "CLASS B" SITE RETAIL LICENSE FOR THE SALE OF FERMENTED MALT BEVERAGES AND INTOXICATING LIQUORS

Number: **13 SITE**                                                                                                Fee: **$600.00**

**WHEREAS,** the local governing body of the Village of Lake Delton, County of Sauk, Wisconsin, has, upon application duly made, granted and authorized the issuance of a retail Class "B" License to  **94 NORTH PRODUCTIONS LLC - KURT FELT**,  - Agent to sell  Fermented Malt Beverages as defined by and pursuant to Section 125.26 of the Statutes of the State of Wisconsin and Local Ordinances and the said applicant has paid to the treasurer the sum of  One Hundred Dollars for such Class "B" Retailer's Fermented Malt Beverage license as required by local ordinances.

**AND WHEREAS,** the local governing body had granted and authorized the issuance of a "Class B" Intoxicating Liquor License to said applicant to sell intoxicating liquor as defined in and pursuant to Chapter 125.51(3) of the Statutes of the State of Wisconsin and local ordinances and the said applicant has paid to the treasurer the sum of Five Hundred Dollars for such "Class B" Intoxicating Liquor License as provided by local ordinance and has complied with all requirements necessary for obtaining such licenses,

LICENSES ARE HEREBY ISSUED to said applicant to sell, deal and traffic in, at retail, Fermented Malt Beverages and Intoxicating Liquors at the following described premises:

### PALACE THEATER
### 564 WISCONSIN DELLS PARKWAY SOUTH
IN LOBBY AND IN MAIN THEATER. ALCOHOL STORED IN LOCKED AREA BEHIND LOBBY BAR AND IN COOLER IN KITCHEN. THERE WILL BE ALCOHOL STORED IN MAIN BAR AS WELL.

**FOR THE PERIOD** from **July 1, 2021** to **June 30, 2022.**



Given under my hand and the corporate seal of said Village of Lake Delton this 15th day of June 2021.

_____

Kay C. Mackesey
Clerk-Treasurer-Coordinator

This license must be FRAMED and POSTED IN A CONSPICUOUS PLACE in the room where Fermented Malt Beverages and Intoxicating Liquors are sold or served