**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: April 1, 2022**



_____
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>Palace Theater, LLC,<br><br>　　　　　Debtor. | Case No. 21-11714-rmb<br><br>Chapter 11 |

**ORDER SETTING DEADLINE FOR DEBTOR TO
FILE DISCLOSURE STATEMENT**

On February 18, 2022, the debtor filed an amended chapter 11 plan of reorganization. (ECF No. 166.)  At the time, the debtor had elected to proceed under subchapter V of chapter 11 and was not required to file a disclosure statement with the plan.  *See* 11 U.S.C. § 1181(b).  On March 31, 2022, the Court ordered that the debtor is not eligible to proceed under subchapter V. (ECF No. 243.)  The debtor is therefore required to file a disclosure statement for the previously-filed plan.  *See* 11 U.S.C. § 1125; Fed. R. Bankr. P. 3016.  Accordingly,

IT IS HEREBY ORDERED that on or before April 12, 2022, the debtor shall file a disclosure statement for the chapter 11 plan filed on February 18, 2022.  Alternatively, the debtor may file a further amended plan of reorganization and associated disclosure statement on or before April 12, 2022.

# # #